THEODORE GERICHHAUSEN, as Administrator, etc., Respondent, v.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.